IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

UNITED STATES OF AMERICA   )
                           )   CRIMINAL ACTION NO.
        v.                 )      3:94cr114-MHT
                           )         (WO)
LESTER JAMES HOLSTICK       )

### ORDER

Upon consideration of the probation officer's petition for early termination of supervised release (doc. no. 1652) and the included memorandum describing the defendant's compliance with the terms of supervised release for over five years and his commendable startup of his own business, and based on the representation in the petition that the government agrees to the early termination, it is ORDERED that:

(1) The petition is granted.

(2) Defendant Lester James Holstick's term of supervised release is terminated effective immediately and he is discharged.

DONE, this the 12th day of April, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE